IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60451
Summary Calendar
_____

JERRY LYNN YOUNG,

                                        Petitioner-Appellant,

versus

RAYMOND ROBERTS, Superintendent;
Mississippi State Penitentiary;
State of Mississippi,

                                        Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:92CV81-S-D
- - - - - - - - - -
June 5, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Jerry Lynn Young appeals the district court's denial of his motion to set aside the court's earlier order dismissing his second habeas corpus petition as successive under Rule 9(b) of the Rules Governing 28 U.S.C. § 2254 Proceedings.  Because Young has not demonstrated a "change in the law" which would undermine

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the dismissal of his petition, we AFFIRM the district court's denial of Young's motion.